UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UMEME HOYE,

Plaintiff,

v.

DELTA AIRLINES, INC.

Defendant.
______________________________________/

Case No. 2:26-cv-11219

Honorable Susan K. DeClercq
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 18) AND DENYING MOTION FOR DEFAULT JUDGMENT (ECF No. 9)**

On October 10, 2026, Magistrate Judge Kimberly G. Altman recommended denying Plaintiff's motion for a default judgment, ECF No. 9. ECF No. 18, PageID.113. Judge Altman informed the Parties of their right to object within 14 days. *Id.* at PageID.113-14. No objections were filed. The Parties have therefore forfeited their right to appeal Judge Altman's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court adopts it in full because it finds no clear error. *See Roby v. Bloom Roofing Sys.*, 343 F.R.D. 487, 490 (E.D. Mich. 2023).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 18, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Default Judgment, ECF No. 9, is **DENIED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 28, 2026